O 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

SCOTT MALISON,

    Plaintiff,

V.

LYONS PLAZA TIRE AND
AUTO CENTER, INC., a
Florida corporation,

    Defendant.    /

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6135

CIV - FERGUSON

MAGISTRATE JUDGE
SNOW

TO: (Name and address of defendant)    LYONS PLAZA TIRE AND AUTO CENTER, INC., a
Florida corporation

By Serving:    Lloyd Oretsky - Registered Agent for Defendant
1509 Lyons Road, #S-400
Coconut Creek, Florida 33066

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Phillips, Eisinger, Koss, Rothstein
      & Rosenfeldt, P.A.
    4000 Hollywood Boulevard
    Suite 265-South
    Hollywood, Florida 33021
    Tele:  954/894-8000

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE