## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of FLORIDA

Case Number: 00-6135-CIV-FERGUSON

Plaintiff:
**SCOTT MALISON**

vs.

Defendant:
**LYONS PLAZA TIRE AND AUTO CENTER, INC.**

For:
Stuart A. Rosenfeldt
PHILLIPS, EISINGER & KOSS, P.A.
4000 Hollywood Blvd
Suite 265 South
Hollywood FL 33021

Received by OJF SERVICES on the **28th day of January, 2000** at **3:29 pm** to be served on **LYONS PLAZA TIRE AND AUTO CENTER INC. 1509 LYONS ROAD, #S-400, COCONUT CREEK, FL. 33066.**

I, John L. McLean, do hereby affirm that on the **31st day of January, 2000** at **11:15 am, I:**

SERVED the within named CORPORATION by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me to JOSH ORETSKY as BUSINESS AGENT of the within named corporation and informing said person of the contents thereof.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a certified process server in the circuit in which it was served. "Under penalty of perjury, I declare that I have read the foregoing (document) and that the facts stated in it are true.

John L. McLean
Sps #349

**OJF SERVICES
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(305) 238-7300**
Our Job Serial Number: 2000000698

440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

SCOTT MALISON,

   Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 00-6135

LYONS PLAZA TIRE AND
AUTO CENTER, INC., a
Florida corporation,

CIV - FERGUSON

   Defendant. /

MAGISTRATE JUDGE
SNOW

TO: (Name and address of defendant) LYONS PLAZA TIRE AND AUTO CENTER, INC., a
             Florida corporation

By Serving: Lloyd Oretsky - Registered Agent for Defendant
      1509 Lyons Road, #S-400
      Coconut Creek, Florida 33066

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

  Phillips, Eisinger, Koss, Rothstein
   & Rosenfeldt, P.A.
  4000 Hollywood Boulevard
  Suite 265-South
  Hollywood, Florida 33021
  Tele: 954/894-8000

*[handwritten: Josh Oretsky, R.A., 31-00, 1:15 A, #345]*

n answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of thi
ummons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the rel
emanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time aft
ervice.

Clarence Maddox

_____   _January 08, 2000_
:LERK                  DATE

BY) DEPUTY CLERK