UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6135 CIV-FERGUSON/SNOW

SCOTT MALISON,

    Plaintiff,

v.

LYONS PLAZA TIRE AND
AUTO CENTER, INC., a
Florida Corporation,

    Defendant.



## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, SCOTT MALISON, and Defendant, LYONS PLAZA TIRE AND AUTO CENTER, INC., by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that all claims brought herein by SCOTT MALISON be dismissed *with prejudice*, with each party to bear its own fees and costs. The Court is asked to retain jurisdiction of this case to enforce the settlement of the parties as memorialized in Defendant's counsel's correspondence of February 18, 2000 and Plaintiff's counsel's correspondence of February 24, 2000.

    WHEREFORE, the parties respectfully request that this Honorable Court enter an Order dismissing this action *with prejudice*.



DATED this 28th day of February 2000.

Respectfully submitted,

PHILLIPS, EISINGER, KOSS,
ROTHSTEIN & ROSENFELDT, P.A.
4000 Hollywood Boulevard
Suite 265-South
Hollywood, Florida 33021
Telephone: (954) 894-8000
Facsimile: (954) 894-8015

By: _____
Stuart A. Rosenfeldt, Esq.
Florida Bar No. 316113

JACKSON, LEWIS, SCHNITZLER &
KRUPMAN
First Union Financial Center, Suite 2600
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
Facsimile: (305) 373-4466

By: _____
Patrick G. DeBlasio, Esq.
Florida Bar No. 871737

\H:\L\Lyons Plaza Tire & Auto Center\Pleadings\Stipulation of Dismissal with Prejudice.wpd