**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6135 CIV-FERGUSON/SNOW

SCOTT MALISON,

  Plaintiff,

v.

LYONS PLAZA TIRE AND
AUTO CENTER, INC., a
Florida Corporation,

  Defendant.

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the Stipulation of Dismissal with Prejudice by Plaintiff, SCOTT MALISON, and Defendant, LYONS PLAZA TIRE AND AUTO CENTER, INC.

Upon such notification that the above-captioned case shall not require further supervision by the Court, this case is Dismissed with Prejudice and is hereby Closed.

Accordingly, it is

ORDERED AND ADJUDGED this civil action is Dismissed with Prejudice with the Court retaining jurisdiction of this case to enforce the settlement of the parties.

DONE and ORDERED in Chambers in Broward County, Ft. Lauderdale, Florida, this 29th day of February 2000.

           _____
           WILKIE D. FERGUSON, JR.
           UNITED STATES DISTRICT COURT

Copies furnished to:
Stuart A. Rosenfeldt, Esq.
Patrick G. DeBlasio, Esq.

